# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

APS Express, Inc.

                                      Plaintiff,

v.                                                                      Case No.: 1:15–cv–03275

                                                                                         Honorable Sheila M. Finnegan

Sears Holdings Corporation, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 15, 2018:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing held on 10/15/2018. All Defendants filed for bankruptcy on 10/15/2018 in the United States Bankruptcy Court for the Southern District of New York (Case No. 18–23538). Accordingly, an automatic stay of this case is now in effect. The final pretrial conference on 10/29/2018 and the trial on 11/6/2018 are cancelled. All pending motions [184][185][187][188][189][190][191][192][193][194] [195][196][197][198] are terminated but may be reinstated with leave of court in the event that the stay is lifted and the parties are proceeding with the litigation. During today's hearing, Plaintiff requested that a future status date be set and the Court set one on 2/27/2019. Upon further reflection, the Court declines to set a status hearing on 2/27/2019 given the automatic stay; however, the parties are to notify the Court within 14 days after the automatic stay is lifted so that a status hearing may be set. In the interim, this matter will be administratively terminated for docket control purposes.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.